1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10            WESTERN DIVISION

11  UNITED STATES OF AMERICA,           )   Case No. CR 03-00223-RMT
                                        )
12            Plaintiff,                )   ORDER SETTING BRIEFING
                                        )   SCHEDULE ON MOTION FOR
13       vs.                            )   REDUCTION OF SENTENCE
                                        )   PURSUANT TO
14  ALFONZO D. TOLBERT,                 )   18 U.S.C. § 3582(c)
                                        )
15            Defendant.                )
                                        )
16

17         This matter having come before the court on the motion filed April 7,

18  2008 by defendant ALFONZO D. TOLBERT for reduction of sentence pursuant to 18

19  U.S.C. § 3582(c),

20         IT IS ORDERED that the government shall file a response no later than

21  May 5, 2008; reply by defendant, if any, shall be filed by May 19, 2008.  On or about

22  June 2, 2008 the court shall issue either (a) a ruling or (b) an order for further briefing

23  or setting the matter for hearing.

24  Dated: April 8, 2008

25

26                                          _____
                                            ROBERT M. TAKASUGI
27                                          United States District Sr. Judge

28

                                        1