

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:03-CR-223-JFW |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) ) | 18 U.S.C. § 3143(a) Allegations of Violations of |
| Alfonzo Darnell Tolbert, | ) ) | Probation/Supervised Release Conditions) |
| Defendant. | ) ) | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: Criminal history - prior + drug

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: prior failure to comply with Court-ordered Supervision

   IT IS ORDERED that defendant be detained.

DATED: 8/24/17

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2